# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2007

130929-31

CHRISTOPHER PURCELL,
      Plaintiff-Appellee,

v

STURGIS HOSPITAL,
      Defendant-Appellant,

and

EDWARD GRIFFIN, M.D., EDWARD GRIFFIN,
M.D., P.C., JOHN COLIN KIRKPATRICK, M.D.,
JOHN COLIN KIRKPATRICK, M.D., P.C.,
ROME AHUJA, M.D., ROME AHUJA, M.D.,
P.C., YAHYA ALBEER, M.D., YAHYA
ALBEER, M.D., P.C., RAYMOND
RANDONOVICH, D.O., RAYMOND
RANDONOVICH, D.O., P.C., and THOMAS
BRENNER, M.D.,
      Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130929-31
COA: 266114; 267831; 267832
St. Joseph CC: 03-000617-NH

By order of September 20, 2006, the application for leave to appeal the March 3, 2006 orders of the Court of Appeals was held in abeyance pending the decision in *Stamplis v St John Health System* (Docket No. 126980). On order of the Court, the case having been dismissed by order of the Chief Justice on January 19, 2007, the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2007

p0425

Clerk